# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ann Marie Clukey,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:09CV45

City of Charlotte,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's 1/28/10 Verdict.

                                         FRANK G. JOHNS, CLERK

January 29, 2010

                                         BY: /s/ Candace Cochran
                                                 Candace Cochran, Deputy Clerk